

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| VICTOR OMAR TORRES, | § | No. 08-21-00136-CR |
| Appellant, | § | Appeal from the |
| v. | § | 394th District Court |
| | § | of Brewster County, Texas |
| THE STATE OF TEXAS, | § | (TC# CR-04829) |
| State. | § | |

## **O R D E R**

Albert Valadez has moved to withdraw as attorney of record for Appellant. Valadez states in his motion that James McDermott of the Far West Texas Regional Public Defender's Office will succeed Valadez as Appellant's appointed counsel. We will withhold a ruling on this motion to withdrawal pending written confirmation from either Mr. McDermott or the trial court that McDermott will succeed Valadez as trial counsel. Valadez is instructed to forward us this written proof of the appointment within 7 days.

IT IS SO ORDERED this 9th day of August, 2021.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.